NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DENNIS J. CALLOWAY,                        )
                                           )
      Appellant,                       )
                                           )
v.                                         )    Case No. 2D18-908
                                           )
STATE OF FLORIDA,                          )
                                           )
      Appellee.                        )
                                           )
_____)

Opinion filed December 19, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; William H. Burgess,
Judge.

Dennis J. Calloway, pro se.


PER CURIAM.


      Affirmed.


LaROSE, C.J., and CASANUEVA and KHOUZAM, JJ., Concur.